**Joey Kenneth PRIDDY, Plaintiff—**
**Appellant,**

v.

**John GARMAN, Regional Director;**
**Larry W. Jarvis, Warden; Genny Bandy, Operations Manager, Defendants—Appellees.**

**No. 12–6659.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 2, 2012.

Joey Kenneth Priddy, Appellant Pro Se.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Kenneth Priddy appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Priddy v. Garman*, No. 7:12–cv–00017 (W.D.Va. Mar. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*